UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE ROYSTER and CHRIS LEGAL, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SACRAMENTO, et al., <br><br> Defendants. | No. 2:18-cv-02713-KJM-AC (PS) <br><br><br> ORDER |

On February 13, 2018, this court denied plaintiffs' motions to proceed in forma pauperis ("IFP") with leave to amend within 30 days. ECF 6. That deadline has now passed, and plaintiffs have not filed the anticipated amended IFP applications. Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why the failure to file proper IFP applications should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of proper IFP applications within this timeframe will serve as cause and will discharge this order. The court notes that the interlocutory appeal filed by plaintiffs (ECF No. 10) does not stay this case and does not impact the deadlines in this order. If plaintiffs fail to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: November 13, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE